**INTERNATIONAL DUNES COMPANY, et al., Plaintiffs–Respondents,**

v.

**M.A. MOTANAUGH, et al., Defendants–Appellants.**

**No. 60306.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 19, 1992.

Vincent D. Vogler, S. Paige Canfield, St. Louis, for defendants-appellants.

Robert J. Guinness, St. Charles, Edwin Lips, II, St. Louis, William Randolph Weber, St. Charles, for plaintiffs-respondents.

PER CURIAM.

Appellants claim the trial court erred in granting a summary judgment upon a promissory note. After a review of the whole record, we find that no error of law appears and that an extended opinion would have no precedential value. Respon-

dents' motion for damages for frivolous appeal denied.

Judgment affirmed.